Reset Form

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

Barry Robinson                                     )
                                                   )  Case No: 5:23-cv-00795
                                                   )
                        Plaintiff(s),              )  **APPLICATION FOR**
                                                   )  **ADMISSION OF ATTORNEY**
            v.                                     )  **PRO HAC VICE**
Apple Inc.                                         )  (CIVIL LOCAL RULE 11-3)
                                                   )
                                                   )
                        Defendant(s).              )
_____)

I, Charles E. Schaffer, an active member in good standing of the bar of Pennsylvania, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiff Barry Robinson in the above-entitled action. My local co-counsel in this case is Michael Ram, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My address of record: | Local co-counsel's address of record: |
|---|---|
| 510 Walnut Street, Suite 500<br>Philadelphia, PA 19106 | 711 Van Ness Ave., Suite 500<br>San Francisco, CA 94102 |
| My telephone # of record:<br>(215) 592-1500 | Local co-counsel's telephone # of record:<br>(415) 358-6913 |
| My email address of record:<br>cschaffer@lfsblaw.com | Local co-counsel's email address of record:<br>mram@forthepeople.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 76259.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 03/06/23                                   Charles E. Schaffer
                                           _____
                                                        APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Charles E. Schaffer is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:
                                           _____
                                           UNITED STATES DISTRICT/MAGISTRATE JUDGE

*PRO HAC VICE* APPLICATION & ORDER                              *October 2012*